IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-21075
Summary Calendar
_____

RUSSELL L. CURTIS, JR.,

Plaintiff-Appellant,

versus

THE UNIVERSITY OF HOUSTON; JANET S. CHAFETZ;
GARY DWORKIN; HARRELL ROGERS; HELEN EBAUGH,
MARCO MARIOTTO,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-95-CV-5154
- - - - - - - - - -
September 11, 1997
Before WIENER, BARKSDALE and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

    Russell L. Curtis, Jr., appeals the district court's grant

of summary judgment on his claims under the Americans with

Disabilities Act, the Rehabilitation Act, and 42 U.S.C. § 1983.

Having reviewed the record and the briefs of the parties, we

AFFIRM for essentially the reasons set forth by the district

court.  See Curtis v. University of Houston, No. CA-H-95-5154

(S.D. Tex. Oct. 17, 1996).

_____

    [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

AFFIRMED.